IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL F. ANTONELLI and NOREEN A. ANTONELLI,<br><br>    Debtors. | Case No. 17-64177-PMB<br>Chapter 7 |
| NEIL C. GORDON, Chapter 7 Trustee for the Estates of Michael F. Antonelli and Noreen A. Antonelli,<br><br>    Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., successor by merger to RBC CENTURA BANK, SUNSHINE MORTGAGE CORPORATION, n/k/a SUNSHINE MORTGAGE, LC, WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Adversary No. 18-05183-pmb |

### STIPULATION EXTENDING TIME FOR WELLS FARGO TO RESPOND TO COMPLAINT AND ACKNOWLEDGEMENT OF SERVICE

COMES NOW, Wells Fargo Bank, N.A. ("Wells Fargo") and Neil C. Gordon, as Trustee for the Estates of Michael F. Antonelli and Noreen A. Antonelli, and pursuant to LBR 9006-1, hereby stipulate to extend the time for Wells Fargo to respond to the Complaint through and including October 4, 2018.

In addition, Wells Fargo, by and through undersigned counsel, hereby acknowledges service of the *Summons* [Doc. No. 2] (the "**Summons**") and the *Complaint* [Doc. No. 1] (the

12600873v1

"**Complaint**") in the above styled action and waives any further or additional service of the Summons or Complaint – reserving, and without prejudice to, any defenses or arguments other than sufficiency of service of process and sufficiency of process

Respectfully submitted, this 4th day of September, 2018.

/s/ *Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for Wells Fargo Bank, N.A.*

/s/ *Michael J. Bargar (by BJC w/permission)*
Neil C. Gordon (GA Bar No. 302387)
Michael J. Bargar (GA Bar No. 645709)
**Arnall Golden Gregory, LLP**
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500
neil.gordon@agg.com
michael.bargar@agg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of September, 2018, filed the within and foregoing by CM/ECF, which will serve notice on all necessary parties.

/s/ *Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

12600873v1