

**IT IS ORDERED as set forth below:**

**Date: December 4, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL F. ANTONELLI and NOREEN A. ANTONELLI,<br><br>　　Debtors. | Case No. 17-64177-PMB<br><br>Chapter 7 |
| NEIL C. GORDON, Chapter 7 Trustee for the Estates of Michael F. Antonelli and Noreen A. Antonelli,<br><br>　　Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., successor by merger to RBC CENTURA BANK, SUNSHINE MORTGAGE CORPORATION, n/k/a SUNSHINE MORTGAGE, LC, WELLS FARGO BANK, N.A.,<br><br>　　Defendants. | Adversary No. 18-05183-pmb |

1

## CONSENT ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR WELLS FARGO TO RESPOND TO COMPLAINT

This matter is before the Court on the Joint Motion of Wells Fargo Bank, N.A. ("Wells Fargo") and Neil C. Gordon, as Trustee for the Estates of Michael F. Antonelli and Noreen A. Antonelli ("Trustee"), filed on December 3, 2018, to extend the time for Wells Fargo to respond to the Complaint through and including January 4, 2019. *See* [Doc. 12]. Wells Fargo and the Trustee consent to this extension, and the Motion is hereby **GRANTED**. Wells Fargo has through and including January 4, 2019, to respond to the Complaint.

# # #

**CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for Wells Fargo Bank, N.A.*

*/s/ Neil C. Gordon (by BJC w/ permission)*
Neil C. Gordon (GA Bar No. 302387)
Michael J. Bargar (GA Bar No. 645709)
**Arnall Golden Gregory, LLP**
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500
neil.gordon@agg.com
michael.bargar@agg.com

2

## **DISTRIBUTION LIST**

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Neil C. Gordon
Arnall Golden Gregory, LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

John D. Schlotter
McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076