

**IT IS ORDERED as set forth below:**

**Date: January 2, 2019**

_/s/ Paul Baisier_

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-64177-PMB |
| | ) | |
| MICHAEL F. ANTONELLI and | ) | CHAPTER 7 |
| NOREEN A. ANTONELLI, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEIL C. GORDON, | ) | |
| Chapter 7 Trustee for the Estates of | ) | |
| Michael F. Antonelli and | ) | ADVERSARY PROCEEDING |
| Noreen A. Antonelli, | ) | NO. 18-05183-PMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., successor by merger to | ) | |
| RBC CENTURA BANK, | ) | |
| SUNSHINE MORTGAGE CORPORATION, | ) | |
| n/k/a SUNSHINE MORTGAGE, LLC, | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT ORDER**

12963098v1

This matter is before the Court on the *Motion for Leave to File an Amended Complaint* (the "**Motion**") [Docket 10], filed by Plaintiff Neil C. Gordon ("**Plaintiff**") on November 7, 2018, together with a *Memorandum of Law in Support of Motion for Leave to File an Amended Complaint* [Doc. No. 11] (the "**Brief**"), seeking an order pursuant to Bankruptcy Rule 7015[1] for leave of Court to file his proposed Amended Complaint. Based upon the lack of opposition and the consent of Defendants PNC Bank, N.A. and Wells Fargo Bank, N.A., as reflected by the signatures of their attorneys of record below, the relief requested in the Motion is appropriate and no further notice of the Motion is necessary. Accordingly, it is hereby

**ORDERED** that the Motion is ***granted***: Plaintiff is authorized and directed to file, within five (5) days of the entry of this Order, his Amended Complaint, substantially in the same form as Exhibit "A" to the Brief. It is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

[END OF DOCUMENT]

**Signatures on Next Page:**

---

[1] The Federal Rules of Bankruptcy Procedure made applicable to adversary proceedings, as adapted from Rule 15 of the Federal Rules of Civil Procedure.

12963098v1

**Prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Plaintiff*

By: */s/ Neil C. Gordon*
　　Neil C. Gordon
　　Georgia Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1032
Tel: (404) 873-8596
Email: neil.gordon@agg.com

**Consented to by:**

McCALLA RAYMER LEIBERT PIERCE, LLC
*Attorney for PNC Bank, N.A.*

By:*/s/ John D. Schlotter*
　　John D. Schlotter
　　Georgia Bar No. 629456
[Signed by Neil C. Gordon with express permission given on December 17th, 2018.]
1544 Old Alabama Road
Roswell, Georgia 30076
Tel: (678) 281-6453
Email: john.schlotter@mccalla.com

RUBIN LUBLIN, LLC
*Attorneys for Wells Fargo Bank, N.A.*

By: */s/ Brett J. Chaness*
　　Brett J. Chaness
　　Georgia Bar No. 720572
[Signed by Neil C. Gordon with express Permission given on January 2nd, 2019]
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
Tel: (678) 281-2730
Email: bchaness@rubinlublin.com

12963098v1

DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1032

Sunshine Mortgage, LLC
C/o Corporation Service Company, its Registered Agent
241 Little Falls Drive
Wilmington, DE 19808

Wells Fargo Bank, N.A.
C/o Bret Chaness
Rublin Lublin, LLC
4145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

PNC Bank, N.A.
C/o John D. Schlotter
McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076