IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-64177-pmb |
| | ) | |
| MICHAEL F. ANTONELLI and | ) | |
| NOREEN A. ANTONELLI, | ) | CHAPTER 7 Proceeding |
| | ) | |
|    Debtors. | ) | |
| ──────────────────────── | ) | |
| | ) | Adversary Proceeding No. 18-05183-PMB |
| NEIL C. GORDON, | ) | |
| Chapter 7 Trustee For The Estates Of | ) | |
| Michael F. Antonelli and | ) | |
| Noreen A. Antonelli, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., successor by merger | ) | |
| To RBC CENTURA BANK, SUNSHINE | ) | |
| MORTGAGE CORPORATION n/k/a | ) | |
| SUNSHINE MORTGAGE, LC, and | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
|    Defendants. | ) | |
| ──────────────────────── | ) | |

**REPORT OF RULE 26(f) CONFERENCE**

     The conference held pursuant to Fed. R. Civ. P. 26(f) and BLR 7016-1 on March 21, 2019, which was attended by:

     For Plaintiff: *Neil C. Gordon, Esq.*
     For Defendant Wells Fargo Bank, N.A. : *Monica K. Gilroy, Esq.*
     For Defendant PNC Bank, N.A.: *John D. Schlotter*

1. **Initial Disclosures**.

[ ] The parties have made the initial disclosures required by Fed. R. Civ. P. 26(a)(1).
[ ] The parties agree to provide disclosures as follows *[or as shown on the attached exhibit]*
[x ] The parties have agreed not to make initial disclosures and to waive the requirements of Fed. R. Civ. P. 26(a)(1) with regard to same.

13319336v1

2. **Discovery Plan**. The parties jointly propose to the court that discovery shall be completed by August 1, 2019, subject to modification by the Court with the consent of the parties or for good cause shown.

3. **Other items**.

    (a) The parties shall submit a consolidated pretrial order no later than November 1, 2019.

    (b) Unless further ordered by the Court, Plaintiffs will be allowed until August 1, 2019, to file motions to join additional parties and until August 1, 2019, to file motions to amend the pleadings.

    (c) Unless further ordered by the Court, Defendant will be allowed until August 1, 2019, to file motions to join additional parties and until August 1, 2019, to file motions to amend the pleadings.

    (d) All dispositive motions will be filed by September 1, 2019.

4. **Settlement Potential**.

    (a) The parties [x] have [ ] have not discussed settlement.

    (b) The parties [x] do [ ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is not scheduled.

    (c) The parties [x] have [ ] have not considered alternative dispute resolution.

    (d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures *[check applicable boxes]*: [x ] Mediation; [ ] Judicial settlement conference; [ ] Early neutral evaluation; [ ] Other.

5. Identify any other matters regarding discovery or case management that may require the court's attention (*e.g.*, concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts).  NONE.

6. Do the parties consent to this Court entering final orders and judgment in this proceeding? YES

7. Any other matters not covered above: NONE

8. The parties [ ] do [x ] do not request a conference with the court prior to entry of the scheduling order. Any such conference may be [ ]by telephone [ ]in chambers [ ] in court.

13319336v1

| | |
|---|---|
| */s/ Michael J. Bargar* | */s/ Monica K. Gilroy* |
| *Neil C. Gordon* | *Monica K. Gilroy* |
| *Bar No. 302387* | *Bar No. 427520* |
| *Michael J. Bargar* | *The Gilroy Firm* |
| *Bar No. 645709* | |
| *Arnall Gordon Gregory, LLP* | |
| *171 17th Street, NW, Suite 2100* | *3780 Mansell Road, Suite 140* |
| *Atlanta, GA  30363* | *Alpharetta, GA  30022* |
| *(404)873-8500* | *(770) 518-5515* |
| *Neil.gordon@agg.com* | *Monica.Gilroy@gilroyfirm.com* |
| Counsel for Trustee | Counsel for Defendant Wells Fargo |

*/s/ John D. Schlotter*
*John D. Schlotter*
*Bar No. 629456*
*Mccalla Raymer Leibert Pierce, LLC*
*1544 Old Alabama Road*
*Roswell, GA 30076*
*(678) 281-6453*
*John.Schlotter@Mccalla.com*
Counsel for PNC Bank, N.A.

13319336v1

CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of March, 2019, filed the within and foregoing by CM/ECF, which will serve notice on all necessary parties.

This 27th day of March, 2019.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
MATTHEW F. TOTTEN
Georgia Bar 798589
Attorneys for Wells Fargo Bank, N.A.

THE GILROY FIRM
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone); (678) 280-1923 (Facsimile)
Monica.Gilroy@gilroyfirm.com
Matthew.totten@gilroyfirm.com

13319336v1