UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-64177-PMB |
| | ) | |
| MICHAEL F. ANTONELLI and | ) | CHAPTER 7 |
| NOREEN A. ANTONELLI, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEIL C. GORDON, | ) | |
| Chapter 7 Trustee for the Estates of | ) | |
| Michael F. Antonelli and | ) | ADVERSARY PROCEEDING |
| Noreen A. Antonelli, | ) | NO. 18-05183-PMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., successor by merger to | ) | |
| RBC CENTURA BANK, | ) | |
| SUNSHINE MORTGAGE CORPORATION, | ) | |
| n/k/a SUNSHINE MORTGAGE, LLC, | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF AFFIDAVIT**

**COMES NOW** Neil C. Gordon ("**Plaintiff**"), as Chapter 7 Trustee for the bankruptcy estates of Michael F. Antonelli and Noreen A. Antonelli, by and through undersigned counsel, and hereby gives notice of the filing of the Affidavit of Ms. Barb Essman (the "**Affidavit**"), copy of which is attached hereto as Exhibit "A." The Affidavit is filed in support of *Plaintiff's Motion for Partial Summary Judgment* filed contemporaneously herewith.

13928148v1

Respectfully submitted, this 27th day of August, 2019.

                    **ARNALL GOLDEN GREGORY LLP**
                    *Attorneys for Plaintiff*

                    By: */s/ Michael J. Bargar*
                        Neil C. Gordon
                        Georgia Bar No. 302387
                        neil.gordon@agg.com
                        404-873-8596
                        Michael J. Bargar
                        Georgia Bar No. 645709
171 17th Street, NW, Suite 2100    michael.bargar@agg.com
Atlanta, GA 30363                           404-873-7030

13928148v1

**EXHIBIT "A" FOLLOWS**

13928148v1

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-64177-PMB |
| | ) | |
| MICHAEL F. ANTONELLI and | ) | CHAPTER 7 |
| NOREEN A. ANTONELLI, | ) | |
| | ) | |
| Debtors. | ) | |
| ------------------------------------------- | ) | |
| | ) | |
| NEIL C. GORDON, | ) | |
| Chapter 7 Trustee for the Estates of | ) | |
| Michael F. Antonelli and | ) | ADVERSARY PROCEEDING |
| Noreen A. Antonelli, | ) | CASE NO. 18-05183-PMB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., successor by merger to | ) | |
| RBC CENTURA BANK, | ) | |
| SUNSHINE MORTGAGE CORPORATION, | ) | |
| n/k/a SUNSHINE MORTGAGE, LLC, | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Personally before the undersigned officer duly authorized to administer oaths under the laws of the State of Ohio appeared Barb Essman, who, being first sworn, deposes and states under penalty of perjury as follows:

1. This affidavit is provided in support of the Motion for Summary Judgment (the "Motion") being filed by the Plaintiff in the above-captioned case.

2. I am an authorized signer of PNC BANK, N.A., successor by merger to RBC CENTURA BANK (hereinafter, "PNC") and am authorized to sign this affidavit on behalf of PNC. In this position, I have access to the business records of PNC, and my responsibilities include ascertaining and verifying the documents and records in the possession of PNC and its agents. I am of

1

legal age, under no legal disability, and am competent to testify in this matter as to the facts stated herein. I have personal knowledge of the facts stated herein.

3. The facts stated in this affidavit are based upon information that I obtained by reviewing records maintained in the ordinary course of PNC's business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

4. After a thorough review of the records and documents (including physical and electronic records) maintained by PNC and under its control, I have determined that no subordination agreement was entered into between PNC or its predecessor RBC Centura Bank and any other entity or party with regard to its loan dated June 30, 2006, to Michael F. Antonelli and Noreen A. Antonelli, secured by a Security Deed of the same date as to the real property at 3020 Lancaster Square, Roswell, Georgia, duly recorded with the Clerk of the Superior Court of Fulton County, Georgia on August 22, 2007 at Deed Book 43293, page 129. There is no reference in the records of PNC that it has agreed to execute any subordination agreement with regard to this loan and there are no communications or correspondence in PNC's records in which PNC, or its predecessor in interest agreed to subordinate its interest in the property or its security position to Wells Fargo or its predecessor.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22 day of July, 2019.

                                                    Name: Barb Essman
                                                    Title: Authorized Signer

Sworn to and subscribed
before me this 22 day
of July, 2019.

Notary Public
My Commission Expires:
State of Ohio,
County of Montgomery



2

 **CERTIFICATE**

The undersigned, Janet L. Deringer, a duly appointed Assistant Secretary of PNC Bank, National Association (the "Bank"), does hereby certify that:

(1) the following is a true and correct copy of an excerpt from the By-Laws of the Bank and a true and correct copy of Resolutions adopted by the Board of Directors of the Bank on November 18, 2010;

(2) that the excerpt from the By-Laws of the Bank and Resolutions described above are in full force and effect as of the date of this Certificate; and

(3) that the following non-officer employees of the Bank are each duly designated Authorized Signers of the Bank:

Essman, Barb      Ogletree, Gaynelle
Hileman, Jennifer   Wacker, Barbara

*Excerpt from By-Laws of PNC Bank, National Association*

"Article VI. General Powers of Officers

Section 1. The corporate seal of the Bank may be imprinted or affixed by any process. The Secretary and any other officers authorized by resolution of the Board of Directors shall have authority to affix and attest the corporate seal of the Bank.

Section 2. The authority of officers and employees of this Bank to execute documents and instruments on its behalf in cases not specifically provided for in these By-Laws shall be as determined from time to time by the Board of Directors, or, in the case of employees, by officers in accordance with authority given them by the Board of Directors."

*Board Resolutions Adopted November 18, 2010*

RESOLVED, that the Chief Executive Officer, the President, each Senior Vice Chairman, each Vice Chairman, each Executive Vice President, each Senior Vice President, each Vice President, each Assistant Vice President, the Cashier and each Assistant Cashier, the Secretary and each Assistant Secretary, each Trust Officer and Assistant Trust Officer, each Chief Investment Officer, each Regional President or chief executive of a business region, the General Counsel, each Senior Deputy General Counsel, each Deputy General Counsel, and each Managing Counsel of The PNC Financial Services Group, Inc. (the "Corporation") or PNC Bank, National Association (the "Bank") shall have the authority to affix and attest the seal of the Bank;

RESOLVED FURTHER, that the Chief Executive Officer, the President, each Senior Vice Chairman, each Vice Chairman, each Executive Vice President, each Senior Vice President, each Vice President, each Assistant Vice President, the Cashier and each Assistant Cashier, the Secretary and each Assistant Secretary, each Trust Officer and Assistant Trust Officer, each Chief Investment Officer, each Regional President or chief executive of a business region, the General Counsel, each Senior Deputy General Counsel, each Deputy General Counsel, and each Managing Counsel of the Corporation or of the Bank, and any other officers acting at the discretion of any officer authorized to affix and attest the seal of the Bank, are and each of them is hereby authorized and empowered in the name and on behalf of the Bank to execute, acknowledge and deliver any and all agreements, instruments, or

Member of The PNC Financial Services Group

One PNC Plaza  249 Fifth Avenue  Pittsburgh Pennsylvania  15222 2707
M:\Pittsburgh\CF\BOARD\CERT\CERTS OF NON-OFFICER EMPLOYEES\4-21-11 ESSMAN, HILEMAN, OGLETREE, WACKER.doc

other documents relating to the property or rights of all kinds held or owned by the Bank or to the operation of the Bank, either for its own account or in any agency or fiduciary capacity. Notwithstanding the foregoing, any and all agreements of sale, contracts, deeds and other documentation pertaining to the purchase, sale or transfer of real estate or buildings occupied by the Bank in the transaction of its business shall be executed in accordance with the terms of resolutions adopted from time to time in connection therewith and specifically designating the officer or officers authorized to execute the same;

RESOLVED FURTHER, that any officer of the Bank and any non-officer employee of the Corporation or the Bank (or any affiliate of the Corporation or Bank) designated in writing by the Chief Executive Officer, the President, any Senior Vice Chairman, Vice Chairman, Executive Vice President or Senior Vice President of the Corporation or Bank, are each hereby authorized and empowered:

(a) To sign or countersign checks, drafts, acceptances, guarantees of signatures on assignments of securities, certificates of securities of entities for whom the Bank is acting as registrar or transfer agent or in a fiduciary or representative capacity, correspondence or other papers or documents not ordinarily requiring execution under seal; and

(b) To receive any sums of money or property due or owing to the Bank in its own right, as an agent for another party, or in any fiduciary or representative capacity and, either as attorney-in-fact for the Bank or otherwise, to sign or countersign agreements, instruments, or other documents related to the foreclosure of residential real estate loans owned or serviced by the Corporation or the Bank or the enforcement of any other rights and remedies with respect to such loans (including, without limitation, in a bankruptcy or insolvency proceeding), including, without limitation, correspondence, affidavits, certifications, declarations, deeds, substitutions of trustee, verifications, assignments, powers of attorney, sales contracts or any other papers or documents, to execute any instrument of satisfaction for any mortgage, deed of trust, judgment or lien in the Office of the Recorder of Deeds, Prothonotary, or other office or court of record in any jurisdiction, provided, however, that in respect to any mortgage or deed of trust made to this Bank as trustee for bondholders, the foregoing authority shall be exercised only pursuant to and authorization of the Board of Directors or committee of the Board of Directors with oversight of fiduciary risk.

RESOLVED FURTHER, that the actions of any non-officer employee on or after October 21, 2010 who was designated in writing by an officer pursuant to resolutions adopted by the Executive Committee of the Board of Directors of the Bank on October 21, 2010, which actions were within the scope of their employment, were not prohibited by applicable law and would have been authorized by the foregoing resolutions except that such actions were taken prior to the adoption of these resolutions, are hereby ratified, approved and adopted in all respects as fully as if such actions had been approved by the Board of Directors of the Bank prior to such actions being taken.

IN WITNESS WHEREOF, the undersigned has hereunto set her hand and affixed the seal of the Association this 21st day of April, 2011.



Janet L. Deringer

M:\Pittsburgh\CF\BOARD\CERT\CERTS OF NON-OFFICER EMPLOYEES\4-21-11 ESSMAN, HILEMAN, OGLETREE, WACKER.doc

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing *Notice of Filing of Affidavit*, by depositing the same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Monica K. Gilroy
Gilroy Bailey Trumble LLC
Corporate Office - Suite 140
3780 Mansell Road
Alpharetta, GA 30022

This 27th day of August, 2019.

/s/ *Michael J. Bargar*
Michael J. Bargar
Ga. Bar No. 645709